UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANN POWERS,
1900 MASSACHUSETTS
AVE., S.E., LOTC PLAINTIFF
WA, DC 20003
313-431-2654

VS.

METRO
DEBBIE BUCKIER
METRO ID CARD OFFICE
&
WASHINGTON METROPOLITAN AREA TRANSIT Authority
ID CARD OFFICE
600 5th STREET, NW
WASHINGTON, DC 20001
202-962-1245 OR 202-628-8973 (TTY)
REDUCED FARE PROGRAM FOR PEOPLE WITH DISABILITIES

AND

THE METROPOLITAN POLICE
WASHINGTON, DC,

DEFENDANTS.

Case: 1:07-cv-02352
Assigned To : Collyer, Rosemary M.
Assign. Date : 12/19/2007
Description: Civil Rights-Non-Employ.

RECEIVED
DEC 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COMPLAINT

ON: DECEMBER 11th, 2007, I THE PLAINTIFF,

DID AGAIN ATTEMPT TO OBTAIN MY DISABILITY PASS

FROM THE METRO - WITH CERTIFICATION OF MY DISABILITY

(COPY ATTACHED) FROM THE "SOCIAL SECURITY ADMINISTRATION".

A DEBBIE BUCKLER, METRO ID CARD OFFICE EMPLOYEE

AGAIN DENIED ME (THE PLAINTIFF), (SEE ATTACHED DENIAL).

1

EVERY DAY THE PLAINTIFF MUST USE THE BUS OR THE METRO-TRAIN IN WASHINGTON, DC AND MARYLAND - EVERY DAY THE PLAINTIFF MUST PAY REGULAR FARE OR SHE CAN NOT RIDE THE TRAIN. DUE TO: DEBBIE BUCKLER DENYING HER, HER REDUCED FARE CARD THE PLAINTIFF CAN OBTAIN METRO-BUS DISABLED CARDS BUT ONLY FROM GIANTS -

EVERY DAY THE METRO HAS CAUSED THE PLAINTIFF (FINANCIAL) DAMAGE - INTENTIONALLY OVER-CHARGING HER. THE METRO KNOWS THAT SHE HAS TO USE TRANSPORTATION.

## THE AMERICANS WITH DISABILITIES ACT

WAS IN FACT ESTABLISHED AND WRITTEN, DUE TO THAT REASON.

THE HARASSMENT ALONG WITH THE INTENTIONAL WRONGFUL TORTS AGAINST THE PLAINTIFF WARRANTS A JUDGMENT AGAINST DEBBIE BUCKLER AND THE METRO. (PLEASE USE THE LIE DETECTOR AND MACHINES SCREEN TO DETERMINE THIS CASE)

THE PLAINTIFF HAS BEEN CHEATED AND ROBBED (OF HER MONEY) (EVERY DAY FOR THE PAST 4/5 YEARS INTENTIONALLY) BY THE METRO WHEREFORE THE PLAINTIFF IS SEEKING AND ASKING FOR DAMAGES IN THE AMOUNT OF: (TEN) 10 BILLION DOLLARS (10,000,000,000.") - HER DISABILITY REDUCED FARE CARD ALSO -

Ann Powers
1900 MASSACHUSETTS AVE., S.E.
WASHINGTON, DC 20003  LOTC

PAGE 2 OF 2

# EXHIBIT I

## M metro | Reduced Fare Program Denial Letter — Division of Customer
## WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY — Office of C

Date: _12/11/07_

Name: _Ann Powers_

Your application for the Reduced Fare Program for People with Disabilit[ies] by WMATA. It has been determined that you are not eligible for the follo[wing reasons]:

_____ You are 65 years or older and qualify for a Metro Senior [ID whether or not] you have a disability. Applications for a Metro Senior ID [are available at] Metro Headquarters, Metro Sales Offices and local librar[ies].

_____ You do not require accessibility features or services to use public transportation.

_____ The specific diagnosis listed on your application does not meet eligibility guidelines.

_____ The application was not submitted within 60 days of the health care professional certification.

_____ You fall within one of the following categories of individuals NOT eligible for the program: pregnant, obese, dependent on alcohol or illegal substances, have contagious diseases, or have controlled epilepsy.

_____ The health care professional certification was not signed within 60 days of filing the application.

_____ The application is not complete. See attached highlighted application.

__X__ Other: _Response ICD/DSM code(s) & certified by Health Care professional_

If you disagree with this determination, you may submit a written appeal within sixty (60) days from the date of this denial letter. To obtain a copy of the Reduced Fare Program Appeal Process, call the Metro Office of ADA Programs at 202-962-1100 or 202-962-2033 (TTY) or e-mail adap@wmata.com.

Sincerely,

Debbie Buckler
Metro ID Card Office

07 2351
FILED
DEC 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

50.581 08/05

SOCIAL SECURITY ADMINISTRATION

```
                                    Date: December 10, 2007
                                    Claim Number: 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A
                                                  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DI
```

ANN POWERS
1900 MASS AVE SE
WASHINGTON DC 20003-2542

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Supplemental Security Income Payments

   Beginning January 2008, the current
   Supplemental Security Income payment is..............$ 637.00

   This payment amount may change from month to month if income or living situation changes.

   Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

Date of Birth Information

   The date of birth shown on our records is March 17, 1963.

SOCIAL SECURITY ADMINISTRATION
2100 M STREET NW
WASHINGTON DC 20037

*want to apply for Medicaid*

*MS. CIVIL*
*12/10/07*

**If You Have Any Questions**

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 202-653-5040. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

        SOCIAL SECURITY
        2100 M STREET NW
        WASHINGTON, DC 20037

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

                                      OFFICE MANAGER

SOCIAL SECURITY ADMINISTRATION

*Exhibit III*

Date: December 10, 2007
Claim Number: 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DI

ANN POWERS
1900 MASS AVE SE
WASHINGTON DC 20003-2542

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Date of Birth Information

The date of birth shown on our records is March 17, 1963.

Type of Supplemental Security Income Payment Information

You are entitled to monthly payments as a disabled individual.

If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 202-653-5040. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
2100 M STREET NW
WASHINGTON, DC 20037

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

OFFICE MANAGER

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
ANN BOWERS

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  11001
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (w/p)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS
WMATA, ET AL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:07-cv-02352
Assigned To : Collyer, Rosemary M.
Assign. Date : 12/19/2007
Description: Civil Rights-Non-Employ.

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
(FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
- ☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
- ☐ 151 Medicare Act

**Social Security:**
- ☐ 861 HIA ((1395ff))
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

**Other Statutes**
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ■ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>■ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

---

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    **DEMAND $** $19,000,000,000.    Check YES only if demanded in complaint    JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    ☐ YES ☐ NO    If yes, please complete related case form.

**DATE** 12/19/07    **SIGNATURE OF ATTORNEY OF RECORD** NCD

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.


:\forms\js-44.wpd