UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANN POWERS<br>1900 Massachusetts Ave.,S.E.,<br>Washington, D.C. 20003,<br><br>Plaintiff<br><br>v.<br><br>DEBBIE BUCKLER<br>600 Fifth St., N.W.<br>Washington, D.C. 20001<br><br>and<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br>600 Fifth St., N.W.<br>Washington, D.C. 20001<br><br>and<br><br>THE METROPOLITAN POLICE<br>Washington, D.C.,<br><br>Defendants | No.: 07-02352 (RMC) |

## ANSWER OF DEFENDANTS BUCKLER AND WMATA

Come now the Defendants Debbie Buckler and the Washington Metropolitan Area Transit Authority ("WMATA")(also sued as Metro, Metro ID Card Office, Reduced Fare Program for People with Disabilities), by counsel, and for their answer state as follows:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

1.Defendants admit that plaintiff attempted to obtain a disability pass from WMATA with her Social Security Administration decision granting disability benefits. Except as admitted, defendants deny the allegations of the first paragraph of the Complaint.

2.Defendants admit that WMATA's employee, Debbie Buckler denied plaintiff her disability pass. Except as admitted, defendants deny the remaining allegations of the second paragraph of the Complaint.

3.Defendants admit that plaintiff cannot ride the bus or Metro train on a reduced fare without a disability card. Except as admitted, defendants deny the third paragraph of the Complaint.

4.Defendants deny the fourth paragraph of the Complaint.

5.The fifth paragraph is an allegation of law that requires no answer. To the extent an answer is required, defendants deny the fifth paragraph of the Complaint.

6.Defendants deny the sixth paragraph of the Complaint.

### THIRD DEFENSE

Defendants acted within their established rules and regulations in denying plaintiff a disability pass because she did not have a proper medical certification.

### FOURTH DEFENSE

Defendants have sovereign immunity from claims under the Americans with Disabilities Act.

### FIFTH DEFENSE

Plaintiff has failed to exhaust her administrative remedies established by WMATA for denial of her application for reduced fare by not filing an appeal within 60

days of the denial.

## SIXTH DEFENSE

Defendant Buckler acted within the course and scope of her employment with WMATA and is therefore immune from suit under Secton 80 of the WMATA Compact, Pub. L. No. 89-774. 80 Stat. 1324 (1966).

## SEVENTH DEFENSE

Defendants Metro, Metro ID Card Office and Reduced Fare Program for People with Disabilities are not legal entities and not proper defendants in this action.

        Respectfully submitted,

        _____/s/_____
        Mark F. Sullivan #430876
        Deputy General Counsel


        _____/s/_____
        David J. Shaffer #413484
        Assistant General Counsel
        WMATA
        600 Fifth St., N.W.
        Washington, D.C. 20001
        (202) 962-2820
        Dshaffer@wmata.com
        Attorneys for Defendants Buckler and WMATA

## CERTIFICATE OF SERVICE

I, David J. Shaffer, hereby certify that, on this 18th day of January, 2008, I served a copy of the foregoing Answer on Ann Power, 1900 Massachusetts Ave., S.E., Washington, D.C. by first class mail, postage prepaid.


_____/s/_____
David J. Shaffer