**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ANN POWERS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No.: 07-02352 (RMC) |
| v. | ) | |
| | ) | |
| DEBBIE BUCKLER | ) | |
| | ) | |
| and | ) | |
| | ) | |
| WASHINGTON METROPOLITAN | ) | |
| AREA TRANSIT AUTHORITY | ) | |
| | ) | |
| and | ) | |
| | ) | |
| THE METROPOLITAN POLICE | ) | |
| Washington, D.C., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS BUCKLER AND WMATA**

Defendants Buckler and the Washington Metropolitan Area Transit Authority

("WMATA")(collectively the "WMATA Defendants")[1] hereby move for summary

judgment on the grounds that (1) Powers has not fulfilled the requirements for a

reduced fare disabled pass at WMATA and (2) Powers has failed to exhaust her

administrative remedies.

---

[1]    Plaintiff also named in her Complaint METRO, the "ID Card Office" and
the "Reduced Fare Program for Persons with Disabilities."  None of these are legal
entities, nor has a summons been returned for them.  To the extent they are parties,
they are included with WMATA for purposes of this Motion.  No summons or return
thereof has been filed for the Metropolitan Police Department and their connection with
this action is not pled in the Complaint.

1

## STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

1.    Plaintiff Powers applied for a disabled reduced fare pass with WMATA.
(Complaint at page1).

2.    Plaintiff produced no medical certification or Medicare card to support her
application for a reduced disabled fare pass.  (Bucker Declaration, ¶ 3).

3.    In order to receive a disabled reduced fare pass, one must produce
medical certification or Medicare card.  (Buckler Declaration ¶4 and
Exhibit A thereto).

4.    Plaintiff failed to appeal the denial of her application for reduced fare
pass.  (Buckler Declaration ¶ 5).

5.    Anyone who is denied a disabled reduced fare pass may appeal that
denial within 60 days.  (Buckler Declaration  ¶ 6; Exhibit to Complaint).

## MEMORANDUM IN SUPPORT OF WMATA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff Ann Powers, proceeding *pro se,* has filed this action seeking review of
WMATA's denial of her application for a reduced fare disabled pass.   WMATA's
reduced fare program for disabled persons requires a medical certification or Medicare
card in support of that application, as set forth on the application form, which is
available to the public at WMATA's headquarters and on the web.  See Exhibit A to
Buckler Declaration.  Plaintiff has failed to submit such medical certification; thus, her
application was properly denied.

Alternatively, Power's Complaint must be dismissed for failure to exhaust administrative remedies. Her Complaint's attachment (the denial form) demonstrates that an appeal may be filed within 60 days. She has not submitted any appeal, and thus has failed to exhaust administrative remedies available to her.

For the reasons set forth above, the Complaint must be dismissed with prejudice, and summary judgment granted in favor of the WMATA Defendants.

Respectfully submitted,

_____/s/_____
Mark F. Sullivan #430876
Deputy General Counsel

_____/s/_____
David J. Shaffer #413484
WMATA
600 Fifth St., N.W.
Washington, D.C. 20001
(202) 962-2820
Dshaffer@wmata.com
Attorney for Defendants Buckler and
WMATA

## CERTIFICATE OF SERVICE

I, David J. Shaffer, hereby certify that on this 8th day of February, 2008, I served a copy of the foregoing Motion for Summary Judgment, Statement of Undisputed Facts, Memorandum in Support of Motion for Summary Judgment, Declaration of Debbie Buckler and Proposed Order on:

Ann Powers
1900 Massachusetts Ave., S.E., Lot C
Washington, D.C. 20002

_____/s/_____
David J. Shaffer

3

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANN POWERS,                )
                                  )

Plaintiff               )
                                  )     No.: 07-02352 (RMC)

v.                   )
                                  )

DEBBIE BUCKLER      )
                                  )

and                 )
                                  )

WASHINGTON METROPOLITAN  )
AREA TRANSIT AUTHORITY    )
                                  )

and                 )
                                  )

THE METROPOLITAN POLICE   )
Washington, D.C.,         )
                                  )

Defendants         )
_____)

## DECLARATION OF DEBBIE BUCKLER

I, Debbie Buckler, hereby declare:

1,     I am the Lead, I.D. Card Office in the Department of Workforce Services at the Washington Metropolitan Area Transit Authority ("WMATA") and I have personal knowledge of the facts set forth herein.

2.     Plaintiff Powers applied for a disabled reduced fare pass with WMATA.

3.     Plaintiff produced no medical certification or Medicare card to support her application for a reduced disabled fare pass.

4.     In order to receive a disabled reduced fare pass, one must produce medical certification or a current Medicare card.  <u>See</u> Exhibit A hereto.

5.     Plaintiff failed to appeal the denial of her application for reduced fare

pass.

6.    Anyone who is denied a disabled reduced fare pass may appeal that

denial within 60 days.

I declare that the above is true under penalty of perjury, this 6th day of February,

2008.

_Debbie Buckler_

Debbie Buckler



### Washington Metropolitan Area Transit Authority
ID Card Office
600 5th Street, NW
Washington, DC 20001
202-962-1245 or 202-628-8973 (TTY)

## REDUCED FARE PROGRAM FOR PEOPLE WITH DISABILITIES

### WHO SHOULD APPLY?

**People with disabilities that require accessibility features (See Part B and C of the application) to use accessible public transportation** may be eligible to ride at a discounted fare (Source: 49 U.S.C. § 5307).

### WHO IS NOT ELIGIBLE?

- People 65 years or older qualify for a Metro Senior ID Card. **DO NOT** apply for the Reduced Fare Program for People with Disabilities, even if you have a disability.  Applications for a Metro Senior ID Card are available at Metro Headquarters, Metro Sales Offices and local libraries.

- People who do not require accessibility features to use public transportation (See Part B, paragraph 2)

- People who are pregnant, obese, dependent on alcohol or illegal substances, have contagious diseases, or have controlled epilepsy

- People whose conditions are in remission

- Financial need is **NOT** an allowable disability criterion

### MEDICARE RECIPIENTS

If you have a valid Medicare Card from Social Security, complete Part A and present your valid Medicare Card plus a valid photo ID when you submit your application.  **DO NOT** complete Part B of the application. Medicare recipient renewals require a Medicare statement of continuing eligibility in addition to a valid Medicare card and a valid photo ID.

### GUIDELINES FOR COMPLETING THE APPLICATION

1. Read the entire application and complete Part A on page 3.
2. Take the application to your health care professional for certification of Part B on page 3.
3. Health care professionals must review Part C: Guidelines for Health Care Professionals on page 4.

### DEFINITION OF A HEALTH CARE PROFESSIONAL

One of the following health care professionals may certify you to qualify for a Metro Disability ID Card. Review pages 3 and 4 for Guidelines.  Metro may contact the health care professional for verification. Metro makes the final eligibility determination.
- A licensed physician can certify in his/her area of normal practice.

- A licensed osteopath can certify in his/her area of normal practice.

- A licensed podiatrist can certify for Guideline 2, Semi-Ambulatory.

- A licensed optometrist can certify for Guideline 6, Blind or Low Vision.

- A licensed audiologist or a licensed otolaryngologist **must** certify for Guideline 7, Deaf or Hard of Hearing.

- A certified school psychologist or a licensed clinical psychologist can certify for those applicants who are under the age of 21 years and for Guideline 10 only, Developmental or Learning Disabilities.

**Eligibility determinations are governed by the Reduced Fare Program policies
in effect on the date the application is received by the ID Card Office.**

## OPTIONS FOR SUBMITTING YOUR APPLICATION

### By Mail

Mail the original, completed application to the Metro ID Card Office, 600 5th Street, NW, Washington, DC 20001. Receipt of your application will be acknowledged within one week. If you qualify, you must come to a designated location to have your photo taken and to obtain your FREE Metro Disability ID card.

### In Person at Metro Headquarters

Bring the original, completed application to the Metro ID Card Office, 600 5th Street, NW, Washington, DC 20001 between 7:30 am to 3:30 pm Monday - Friday. If eligible, to receive your FREE Metro Disability ID Card, you MUST bring photo identification. For people who do not present a valid drivers'/non-drivers' ID or valid passport, two other forms of identification, including a valid photo ID card issued by a governmental or school body, is required.

### Regional Locations

Metro Disability ID Cards may be issued at additional designated regional locations **BY APPOINTMENT ONLY**. Call the Metro ID Card Office at 202-962-1245 or 202-628-8973 (TTY) for information about this service. Medicare recipients **cannot** be issued their Metro Disability ID Card at regional locations.

### Groups of Three or More

**Groups of 3 or more are strongly encouraged to schedule appointments in advance. Otherwise groups may be subject to extensive delays as individual walk-in customers will be served first.** Please contact the Metro ID Card Office at 202-962-1245 or 202-628-8973 (TTY) to schedule an appointment.

## APPEAL PROCESS

If determined not eligible for the Reduced Fare Program for People with Disabilities, you may appeal the decision. To obtain a copy of the Reduced Fare Program Appeal Process, call the Metro Office of ADA Programs at 202-962-1100 or 202-962-2033 (TTY) or e-mail adap@wmata.com

## OWNERSHIP OF A METRO DISABILITY ID CARD

The valid Metro Disability ID Card must be in the possession of the cardholder at all times while riding Metrobus and Metrorail. The ID Card must be presented when paying by cash on Metrobus, purchasing reduced farecards or reduced fare SmarTrip® cards, or on demand to Metro Transit Police Officers, Metrobus Operators, and Metrorail Station Managers. ID cards used in any unlawful manner will be confiscated.

## REPLACING LOST METRO DISABILITY ID CARDS

If you lose your valid Metro Disability ID card, you may obtain a replacement. A fee of $5.00 is charged for the first replacement and $10.00 for each subsequent replacement. The fee may be waived upon receipt of a police report documenting theft of the Metro Disability ID Card.

## RENEWING METRO DISABILITY ID CARDS

If your card is labeled "permanent" disability, approximately sixty (60) days before your Metro Disability ID card expires, bring it to the Metro ID Card Office to be issued a new card. If your "permanent" ID card has been expired for 30 days or more, you must complete a new application. If your card is labeled "long term" or "temporary," but your disability continues beyond the expiration date, you must complete a new application.

## METRO IS ACCESSIBLE PROJECT

The Metro is Accessible Project supports people with disabilities who want to ride Metrobus and Metrorail. Contact the Metro Office of ADA Programs for information about accessibility features and services that help people with disabilities ride Metrobus and Metrorail conveniently and safely. Free bus and rail system orientations and trip planning assistance are also available. For information about these services, call 202-962-1558 or 202-962-2033 (TTY) or e-mail adap@wmata.com

## PART A: APPLICANT INFORMATION AND RELEASE  (MUST BE COMPLETED)

**Name** (Last, First, Middle Initial): *(Print or Type)*    **Social Security Number:**    **Date of Birth:**

_____    _____    _____

**Street Address:        Apartment:**    **City, State, Zip:**    **Phone / TTY:**

_____    _____    _____

**E-mail:**    **Sex: Male ❑    Female ❑**    **Previous I.D. Holder?** Yes ❑    No ❑

_____        **Medicare Card Holder?** Yes ❑    No ❑

1. In case of an emergency, who in the local area should be notified?    **Name:** _____
**Address:**_____    **Phone:**_____    **Relationship:** _____

2. I authorize the health care professional completing this application to release to the Washington Metropolitan Area Transit Authority information about my disability in order to verify my eligibility for a Metro Disability ID Card.

**Original Signature of Applicant:**_____    **Date:**_____
**[Under 18, Signature of Parent or Guardian]**

## PART B: HEALTH CARE PROFESSIONAL CERTIFICATION (MUST BE COMPLETED)

Part B must be completed by a licensed or certified health care professional as described on Page 1 and must be signed within 60 days of filing the application with WMATA. Information on this application will remain on file with WMATA and is not subject to public review.

**Name of Health Care Professional:** *(Print or Type)* **License Number/State Issued:**    **Phone:**

_____    _____    _____

**Street Address & Suite #:**    **City, State, Zip:**

_____    _____

*Check One:* **Physician:** (specialty)_____

❑ Osteopath     ❑ Podiatrist     ❑ Optometrist     ❑ Audiologist     ❑ School Psychologist     ❑ Clinical Psychologist

1. Review Part C: Guidelines for Health Care Professionals on Page 4. **Select all appropriate Guideline Number(s) and provide detailed information below regarding the applicant's disability. Specific DSM or ICD code(s) are required. (MUST BE COMPLETED TO DETERMINE ELIGIBILITY)**

    **Guideline Number(s):**_____ **Complete DSM or ICD Code(s):**_____ **Specific Diagnosis:**_____

2. Check one or more of the accessibility features below that the applicant requires to use public transportation. Health care professionals with questions about these accessibility features and services, please call 202-962-2568. **(MUST BE COMPLETED TO DETERMINE ELIGIBILITY)**

❑ Metrobus and Metrorail System Orientations (training)
❑ Priority seating on Metrobus and Metrorail
❑ Audio information on Metrobus and Metrorail
❑ Visual information display systems
❑ Braille or large print information
❑ Accessible priority parking space
❑ Bumpy domes -Metrorail platform edge warning system
❑ Flashing lights – Metrorail platform edge warning system
❑ Accessible, extra wide Metrorail faregate

❑ Elevators at Metrorail stations
❑ Accessible Metrorail fare vending machines
    ❑ Braille
    ❑ Raised letters
    ❑ Audio
❑ Bus lift or ramp
❑ Bus wheelchair securement system
❑ Other: Please specify _____
❑ **None Required**

3. Does the applicant require a personal care attendant to utilize public transportation all or sometimes? Yes ____ No ____

4. Expected Duration of Disability:

    ❑ **Temporary:** Short-term conditions that last at least 90 days but likely to improve within one year

    Please check one: ❑ 3 months     ❑ 6 months     ❑ 9 months     ❑ 1 year

    ❑ **Long-Term:** Conditions with potential for improvement or long periods of remission (card duration 3 years)

    ❑ **Permanent:** Conditions with absolutely no expectation of improvement (card duration 5 years)

**Original Signature of Health Care Professional:** _____    Date: _____

False certification may be reported to the licensing agency under District of Columbia Code Annotated, Section 2-3305.15, Code of Virginia 54.1-2915, or Maryland Health Occupations Code Annotated14-404 or appropriate code for state of license or certification. WMATA reserves the right to: (1) verify the validity of the license of the health care professional providing the certification, (2) make the final determination on an applicant's eligibility for the Reduced Fare Program and Attendant Eligibility, (3) have the applicant submit to an examination by a health care provider selected by WMATA at the cost to WMATA, and (4) retain a copy of this application.

**WMATA USE ONLY!**
Card No._____    Exp Date_____
Category_____
Issued By_____    Issued Date_____

## PART C: GUIDELINES FOR HEALTH CARE PROFESSIONALS

The following guidelines are to be used to evaluate applicants for the WMATA Reduced Fare Program for People with Disabilities. Health care professionals with questions, please call 202-962-2568.

1. **NON-AMBULATORY**: An individual is unable to walk and requires the use of a wheelchair or other mobility device.

2. **SEMI-AMBULATORY**: An individual has a chronic condition, which substantially limits the ability to walk, or is unable to walk without the use of a caliper leg brace, walker or crutches.

3. **AMPUTATION**: An individual has an amputation of both hands, one arm, one hand and one foot, or one or both legs.

4. **STROKE**: An individual has substantial functional motor deficits in any of two extremities, loss of balance and/or cognitive impairments three months post stroke.

5. **PULMONARY OR CARDIAC CONDITIONS**: An individual has a pulmonary or cardiac condition resulting in marked limitation of physical functioning and dyspnea during activities such as climbing steps and/or walking a short distance. *If diagnosis is asthma, please state whether:  a) Individual has been on systemic medication for the immediate past six months,  **OR**  b) Individual has been required to use fast acting inhaler for three or more episodes per week for the immediate past six months.

6. **BLIND OR LOW VISION**: An individual whose visual acuity in the better eye, with correction, is 20/200 or less, or who has tunnel vision to 10 degrees or less from a point of fixation or so the widest diameter subtends an angle no greater than 20 degrees.

7. **DEAF OR HARD OF HEARING** (This Guideline **must** be certified by either a licensed audiologist or a licensed otolaryngologist who is relying upon an audiogram for diagnosis): An individual whose hearing loss is 70 dba or greater in the 500, 1000, 2000 KHz. ranges in both ears, regardless of the use of hearing aids.

8. **NEUROLOGICAL CONDITIONS**: An individual has difficulty with coordination, communication, social interaction and/or perception from a brain, spinal or peripheral nerve injury or illness, has functional motor deficits, or suffers manifestations that significantly reduce mobility.

9. **INTRACTABLE EPILEPSY**: An individual has had at least one tonic-clonic seizure within the past six months, despite taking prescribed medication.

10. **DEVELOPMENTAL OR LEARNING DISABILITIES**: An individual has a significant learning, perceptual and/or cognitive disability with a specific diagnosis.  Some conditions are excluded from eligibility such as attention deficit disorder (ADD) and dyslexia.

11. **MENTAL ILLNESS**: An individual whose mental illness is chronic, long-term and includes a substantial disorder of thought, perception, orientation, or memory that impairs judgment and behavior. A specific diagnosis is required.

12. **CHRONIC PROGRESSIVE DEBILITATING CONDITIONS**: An individual who experiences debilitating diseases, autoimmune deficiencies, or progressive and uncontrollable malignancies, any of which are characterized by fatigue, weakness, pain and/or changes in mental status that impair mobility.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANN POWERS, | ) |
| | ) |
| Plaintiff | ) |
| | )     No.: 07-02352 (RMC) |
| v. | ) |
| | ) |
| DEBBIE BUCKLER | ) |
| | ) |
| and | ) |
| | ) |
| WASHINGTON METROPOLITAN | ) |
| AREA TRANSIT AUTHORITY | ) |
| | ) |
| and | ) |
| | ) |
| THE METROPOLITAN POLICE | ) |
| Washington, D.C., | ) |
| | ) |
| Defendants | ) |
| _____ | ) |

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT
## BY DEFENDANTS BUCKLER AND WMATA

The Court, having considered the Motion for Summary Judgment by Defendants

Buckler and WMATA, the only parties having appeared in this matter, hereby ORDERS

THAT the Motion is GRANTED and the case DISMISSED with PREJUDICE.

_____
Rosemary M. Collyer
United States District Judge