UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANN POWERS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-2352 (RMC) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, *et al.*, | ) |
| Defendants. | ) |

## ORDER TO SHOW CAUSE

On February 8, 2008, the defendants filed a motion to dismiss the claims against them. On March 4, 2008, this Court issued an order advising the *pro se* plaintiff of the obligation to respond by April 1, 2008, and that failure to respond could result in the dismissal of the complaint. Plaintiff has not filed a response to the defendants' motions. Accordingly, it is

**ORDERED** that the plaintiff shall show cause in writing by **May 19, 2008** why the defendants' motion [Dkt. #7] to dismiss the complaint should not be GRANTED as conceded. Failure to respond to this Order to Show Cause may result in the complaint being dismissed as conceded.

/s/
ROSEMARY M. COLLYER
United States District Judge

DATED: April 10, 2008