UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANN POWERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-2352 (RMC) |
| | ) |
| WASHINGTON METROPOLITAN | ) |
| AREA TRANSIT AUTHORITY *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION**

On February 8, 2008, the defendants filed a motion to dismiss the claims against them. On March 4, 2008, this Court issued an order advising the *pro se* plaintiff of the obligation to respond by April 1, 2008, and that failure to respond could result in the dismissal of the complaint. When plaintiff did not respond, the Court issued a show cause order, requiring a response by May 19, 2008. Plaintiff has not filed a response. Accordingly, the Court will proceed on the motion before it.

Summary judgment is appropriate when there is "no genuine issue as to any material fact and [] the moving party is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(c). In determining a motion for summary judgment, "the court may assume that facts identified by the moving party in its statement of material facts are admitted, unless such a fact is controverted in a statement of genuine issues filed in opposition to the motion." LCvR 7(h). The Court therefore treats the defendants' uncontroverted factual assertions as admitted.

- 2 -

Here, the defendants filed a declaration stating that plaintiff did not submit the routinely required documentation showing that she is entitled to a reduced fare pass based on a disability. Plantiff has not countered these facts. Thus it appears that there is no genuine issue of material fact and the defendant is entitled to judgment as a matter of law. Accordingly, summary judgment for the defendant will be granted. A final order accompanies this memorandum opinion.

Dated: May 28, 2008                                        /s/
                                                ROSEMARY M. COLLYER
                                                United States District Judge