**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ANN POWERS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Civil Action No. 07-2352 (RMC)** |
| | ) |
| **WASHINGTON METROPOLITAN** | ) |
| **AREA TRANSIT AUTHORITY** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that the defendants' motion [Dkt. # 7] for summary judgment is

**GRANTED** and judgment is entered for the defendants.

This is a final, appealable order.  Fed. R. App. P. 4(a).


Dated: May 28, 2008                                   /s/
                                          ROSEMARY M. COLLYER
                                          United States District Judge